Electronically Filed
7/13/2015 10:41:56 AM
Debra Crow
Guadalupe County District Clerk
Krystal Adams, Deputy

Cause No. 14-0863-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/15/2015 11:21:52 AM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| GUADALUPE COUNTY GROUNDWATER CONSERVATION DISTRICT., Plaintiff, | § § § § § | IN THE DISTRICT COURT |
| v. | § | |
| POST OAK CLEAN GREEN, INC., Defendant, and TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, et al., Defendant-Intervenor. | § § § § § § § § § § | GUADALUPE COUNTY, TEXAS |
| | § | 2nd 25th JUDICIAL DISTRICT |

## DEFENDANT-INTERVENOR TEXAS COMMISSION ON ENVIRONMENTAL QUALITY'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THE COURT:

Defendant Texas Commission on Environmental Quality (TCEQ) files this Notice of Appeal.

The trial court is the 2nd 25th Judicial District Court, Guadalupe County, Texas.

The trial court cause number is 14-0863-CV.

The style is Guadalupe Groundwater Conservation District v. Post Oak Clean Green, Inc. and Texas Commission on Environmental Quality.

The TCEQ desires to appeal from the order of the Court, signed June 23, 2015, by Judge Kirkendall denying the TCEQ's plea to the jurisdiction.

The court to which the appeal is taken is the Fourth Court of Appeals, San Antonio, Texas.

The TCEQ is the party filing this notice.

The appeal is accelerated.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JON NIERMANN
Chief, Environmental Protection Division

/s/ Nancy Elizabeth Olinger
NANCY ELIZABETH OLINGER
Assistant Attorney General
Texas Bar No. 15254230

CYNTHIA WOELK
Assistant Attorney General
Texas Bar No. 21836525

Environmental Protection Division
(MC-066)
P.O. Box 12548
Austin, Texas 78711-2548

ATTORNEYS FOR TEXAS COMMISSION
ON ENVIRONMENTAL QUALITY

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, a true and correct copy of the foregoing Defendant-Intervenor Texas Commission on Environmental Quality's Notice of Appeal was served on the following counsel electronically through an electronic filing manager or by email:

### List of Persons Served

Mr. John A. Riley
Jackson, Gilmour & Dobbs, PC
1115 San Jacinto Blvd., Suite 275
Austin, Texas 78701
jriley@jgdpc.com

Mr. Christopher Dodson
Bracewell & Giuliana
711 Louisiana St., Suite 2300
Houston, Texas 77002
christopher.dodson@bgllp.com

Ms. Marisa Perales
Frederick, Perales, Allmon &
Rockwell,PC
707 Rio Grande, Suite 200
Austin, Texas 78701
marisa@LF-Lawfirm.com
*Attorney for Plaintiff*

/s/ Nancy Elizabeth Olinger
NANCY ELIZABETH OLINGER